IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff(s),

v.

PLANIT PLANNERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order, DN 23, filed with the court on August 20, 2009, is GRANTED as follows:

The deadline to submit expert disclosures is extended up to and including September 30, 2009;

The deadline to submit rebuttal experts is extended up to and including October 30, 2009;

The discovery deadline is extended up to and including November 30, 2009; and,

The dispositive deadline is extended up to and including December 30, 2009.

Date:  August 21, 2009