IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff(s),

v.

PLANIT PLANNERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 25) is GRANTED finding good cause shown. The written Protective Order (docket no. 25-2) is APPROVED and made an Order of Court.

Date:  September 4, 2009