IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-cv-00504-MJW-KLM

DATAWORKS, LLC,
a Colorado limited liability company,

    Plaintiff,

v.

PLANIT PLANNERS, INC.,
a Colorado corporation,

    Defendant.

---

## ORDER RE UNOPPOSED MOTION TO AMEND COMPLAINT AND JOINT MOTION TO EXTEND DISCOVERY CUTOFF, DEADLINE TO FILE DISPOSITIVE MOTIONS, FINAL PRETRIAL ORDER AND VACATE AND RESET FINAL PRETRIAL CONFERENCE ( Docket No. 35 )

---

THIS MATTER having come before the Court on Plaintiff Dataworks, LLC's Unopposed Motion to Amend Complaint and Joint Motion to Extend Discovery Cutoff, Deadline to File Dispositive Motions and Final Pretrial Order, and vacating Final Pretrial Conference presently scheduled for March 29, 2010 at 9:30 a.m., the Court noting the concurrence of the Parties and being otherwise sufficiently advised in the premises,

IT IS HEREBY ORDERED Dataworks Motion to Amend the Complaint is hereby GRANTED, the First Amended Complaint is deemed filed and the Planit Planners, Inc., has twenty (20) days from the date of this Order to answer.

IT IS HEREBY ORDERED the discovery cutoff is extended up to and including July 16, 2010.

-1-
C:\DOCUME~1\User\LOCALS~1\Temp\notes6030C8\Ord Prpsd Amend Complaint Extension Time.doc

IT IS HEREBY ORDERED the dispositive motion deadline is extended up to and including August 16, 2010.

IT IS HEREBY ORDERED the Parties shall file their Final Pretrial Order on _October 14th_, 2010.

IT IS HEREBY ORDERED the Final Pretrial Conference scheduled for March 26, 2010 at 9:30 a.m. is vacated and rescheduled for _October 20th_, 2010 at _9:00 a.m._ in A-502.

DATED: _March 18_, 2010

_____
United States Magistrate Michael J. Watanabe