IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 09-CV-00504-MJW-KLM

DATAWORKS, LLC,
a Colorado limited liability company,

   Plaintiff,

v.

PLANIT PLANNERS, INC.,
a Colorado corporation,

   Defendant.

---

**ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE DISCOVERY CUT OFF DATE, DEADLINE FOR DISPOSITIVE MOTIONS AND DEADLINE FOR SUBMISSION OF FINAL PRETRIAL ORDER, AND TO RESET FINAL PRETRIAL CONFERENCE** ( Docket No. 41 )

---

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Amend Scheduling Order to Extend Discovery Cutoff, Deadline to File Dispositive Motions and Deadline for Submission of Final Pretrial Order, and to Reset Final Pretrial Conference, the Court having reviewed said Motion and being fully advised in the premises:

HEREBY ORDERS that the Motion is GRANTED. The Scheduling Order is amended as follows.

   Discovery cut-off:         September 16, 2010

   Dispositive motions deadline:   October 15, 2010

The Final Pretrial Conference scheduled for October 20, 2010 is hereby VACATED and rescheduled to December 14 201 0 at 9:00 in Courtroom A-502. The

parties shall submit their proposed Final Pretrial Order to the Court no later than five days before the Final Pretrial Conference.

DATED: July 14, 2010.

BY THE COURT

*/s/ Michael J. Watanabe*
Michael J. Watanabe,
Magistrate Judge