IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff,

v.

PLANIT PLANNERS, INC.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Motion to Compel Responses to Plaintiff's Third and Fourth Discovery Requests (docket no. 46) is DENIED.  This court finds these discovery requests to be overboard and unduly burdensome.

Date:  November 1, 2010