IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff(s),

v.

 PLANIT PLANNERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Set Aside and Objection to Magistrate Judge's Order Denying Plaintiff's Motion to Compel (docket no. 57) is DENIED for those reasons as outlined in the Defendant's response (docket no. 59) which this court incorporates by reference.  The magistrate judge's order denying Plaintiff's Motion to Compel was not clearly erroneous. See <u>Allen v. Sybase, Inc.</u>, 468 F.3d 642, 658 (10th Cir. 2006).

Date:   December 13, 2010