IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff(s),

v.

PLANIT PLANNERS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion *In Limine* to Strike Defendant's Trial Witnesses (docket no. 67) is DENIED.

On December 14, 2010, this court held a Final Pretrial Conference and entered a Final Pretrial Order. See docket nos. 61 and 62.  Moreover, that Defendant did timely disclose the names of its witnesses who may have knowledge of this case in its Rule 26(a)(1) disclosures. See docket nos. 75-1 and 75-2.   Plaintiff has deposed Ryan Barker and Roni Bell.  Under the Woodworker's Supply, Inc. V. Principal Mut. Life Ins. Co., 170 F.3d 985, 993 (10th Cir. 1999), I find no surprise or prejudice to Plaintiff.  The Plaintiff could have cured this problem by deposing such witnesses listed in the Defendant's Rule 26(a)(1) disclosures during the discovery period and could have sought an enlargement of the number of permitted depositions.  In the event the parties believe that additional discovery is warranted in light of this ruling, they may move to reopen discovery for a reasonable period and to alter any other deadlines noting that this case is not set for trial until April 25, 2011, at 8:30 a.m.  Thus, any prejudice that might arise from this ruling is capable of being cured.  Although, the actual written list of witnesses by Defendant attached to the Final Pretrial is not completed in detail, it can be cured.  I do not find bad faith on behalf of Defendant.

It is FURTHER ORDERED that Defendant shall provide Plaintiff with an updated written trial witness list **on or before March 28, 2011**, that shall include a short statement as to the nature and purpose of the witness' testimony.  This list should also contain the addresses and phone numbers for such witnesses and whether such witnesses will be testifying in person or by deposition.

Date:  March 21, 2011