IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00504-MJW-KLM

DATAWORKS, LLC,

Plaintiff(s),

v.

PLANIT PLANNERS, INC.,

Defendant(s).

ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the parties' Stipulation for Dismissal with Prejudice, DN 84, filed with the Court on April 5, 2011, it is hereby ORDERED that the Stipulation for Dismissal with Prejudice is approved and made an order of the court.  This case is dismissed with prejudice, each party to pay its own attorney fees and costs.

    DONE AND SIGNED THIS 6TH DAY OF APRIL, 2011

                                  BY THE COURT:

                                  s/Michael J. Watanabe
                                  MICHAEL J. WATANABE
                                  US Magistrate Judge